B 265
(8/96)

**ORIGINAL**

## United States Bankruptcy Court

NORTHERN District Of GEORGIA

MISC. 05-109

In re BUILDERS TRANSPORT, INC. et.al.,
        Debtor

Case No. 98-68798

Chapter 11

BUILDERS TRANSPORT, INC.
        Plaintiff

TWO TREES
        Defendant

Adv. Proc. No. 99-6480

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on JULY 15, 2004 as (date) it appears in the records of this court, and that:

☐ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____ . (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____ .
(name of court)      (date)

☒ An appeal was taken from this judgment, and the appeal was ~~dismissed by order entered on~~ submitted to District Court
08/25/2004
(date)

Filed in Clerk's Office and
a true copy certified
this 5th day of May, 20 05
W. YVONNE EVANS, CLERK

By: M. Addis
Deputy Clerk

MAY - 5 2005
Date

W. Yvonne Evans
Clerk of the Bankruptcy Court

By: Melanie Addis
Deputy Clerk

# MISC. 05-109

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : JOINTLY ADMINISTERED |
| | : UNDER CASE NO. 98-68798 |
| BUILDERS TRANSPORT, INC., et al., | : CHAPTER 11 |
| Debtors. | : JUDGE MASSEY |
| BUILDERS TRANSPORT, INC., | : |
| Plaintiff, | : |
| v. | : ADVERSARY NO. 99-6480 |
| TWO TREES, a New York general partnership, DAVID C. WALENTAS, JANE WALENTAS and THE CIT GROUP/BUSINESS CREDIT, INC., a New York corporation, | : |
| Defendants. | : |

## JUDGMENT

Based on the Order Denying the Motion for Summary Judgment filed by The CIT Group/Business Credit, Inc., Denying the Motion for Summary Judgment filed by Two Trees and David C. Walentas and Jane Walentas, and Granting in Part, and Denying in Part the Motion for Summary Judgment filed by Builders Transport, Inc. entered on October 4, 2002 and the Findings of Fact and Conclusions of Law Concerning Damages dated July 15, 2004, it is

Filed in Clerk's Office and a true copy certified this 27 day of April 20 05
W. YVONNE EVANS, CLERK
By: [signature]
Deputy Clerk

ORDERED and Adjudged that Plaintiff Builders Transport, Inc, recover from Defendants The CIT Group/Business Credit, Inc., Two Trees, David C. Walentas and Jane Walentas, jointly and severally, the sum of $1,175,995.44, plus interest from the date of the judgment at the rate specified in 28 U.S.C. § 1961.

This 15th day of July 2004.

*James E. Massey*

JAMES E. MASSEY
U.S. BANKRUPTCY JUDGE

Filed in Clerk's Office and
a true copy certified
this 27 day of April 20 05
W. YVONNE EVANS, CLERK
By: _____
Deputy Clerk

2